```
                            United States Bankruptcy Court
                             Northern District of Florida

In re:                                                          Case No. 20-50001-KKS
Sue A McKenzie                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1129-5          User: akenningt          Page 1 of 1          Date Rcvd: May 14, 2020
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db          ++SUE A MCKENZIE,    354 BELL CIRCLE,    LYNN HAVEN FL 32444-4630
              (address filed with court:  Sue A McKenzie,    354 Bell Circle,    Lynn Haven, FL  32444)
smg         +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
              Tallahassee, FL 32301-7736
cr          +SunTrust Bank now Truist Bank,    Attn: Support Services,    P.O. Box 85092,
              Richmond, VA 23286-0001
2326459     +All in Credit Union,    Attn: Bankruptcy,    Po Drawer 8,    Daleville, AL 36322-0008
2326460      Bank of America,    Attn: Bankruptcy,    Nc4-105-03-14 Pob 26012,    Greensboro, NC 27420
2326463      Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
2326464     +Fedapost Federal Cre,    Pob 216,    Dothan, AL 36302-0216
2326465     +LendingClub,   Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
2326466     +Suntrust Bk Tallahasse,    Attn: Bankruptcy,    Mail Code VA-RVW-6290 PO Box 85092,
              Richmond, VA 23285-5092
2326468     +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
              Saint Joseph, MO 64503-1600
2326470      Wells Fargo Home Mortgage,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
              Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           E-mail/Text: suburu46@hotmail.com May 15 2020 03:01:14      Sue A McKenzie,    354 Bell Circle,
              Lynn Haven, FL  32444
smg          EDI: FLDEPREV.COM May 15 2020 06:58:00      Florida Dept. of Labor/Employment Security,
              c/o Florida Dept. of Revenue,    P.O. Box 6668,    Tallahassee, FL  32314-6668
smg          EDI: FLDEPREV.COM May 15 2020 06:58:00      Florida Dept. of Revenue,    Bankruptcy Unit,
              P.O. Box 6668,    Tallahassee, FL  32314-6668
cr           EDI: WFFC.COM May 15 2020 06:58:00      Wells Fargo Bank, N.A.,    Default Document Processing,
              1000 Blue Gentian Road,    MAC# N9286-01Y,    Eagan, MN  55121-7700
2326462     +EDI: CITICORP.COM May 15 2020 06:58:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
              Po Box 790034,    St Louis, MO 63179-0034
2326461      EDI: JPMORGANCHASE May 15 2020 06:58:00      Chase Card Services,    Attn: Bankruptcy,
              Po Box 15298,    Wilmington, DE 19850
2326570     +EDI: PRA.COM May 15 2020 06:58:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
2326467     +EDI: RMSC.COM May 15 2020 06:58:00      Synchrony Bank/Gap,    Attn:  Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
2326469      EDI: USBANKARS.COM May 15 2020 06:58:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
              Cincinnati, OH 45201
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Karin A.   Garvin    trustee@kgarvinlaw.com,
               rrichter@kgarvinlaw.com;FL61@ecfcbis.com;kag@trustesolutions.net
              Michael R. Reiter    on behalf of Debtor Sue A McKenzie mikelawbk@gmail.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Sue A McKenzie** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8726** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Florida** | |
| Case number: **20–50001–KKS** | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sue A McKenzie

5/14/20                                                                  **By the court:**   Karen K. Specie
                                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**