**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-50001 | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | MCKENZIE, SUE A | | Date Filed (f) or Converted (c): | 01/07/2020 (f) |
| For the Period Ending: | 06/30/2021 | | §341(a) Meeting Date: | 02/07/2020 |
| | | | Claims Bar Date: | 08/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  354 Bell Circle Lynn Haven FL 32444 | $137,646.00 | $0.00 | | $0.00 | FA |
| 2  Make: Toyota Model: RAV4 Limited 2WD Year: 2013 Mileage: 46,000 Other Information: Vehicle: | $10,030.00 | $0.00 | | $0.00 | FA |
| 3  Household: KITCHEN/DINING AREA: Assorted small kitchen applicances; 1 Winsome Wood 5-piece TV Table Set; 1 Kitchenette table with 4 chairs; assorted pots and pans; assort kitchen utincles; 1 Hamilton Beach MealMaker Express Contact Grill; 2 Lipper International Bamboo Over-the-Sink Shelf; 3 DecoBros Spice Rack Stand Holder with 18 bottles and 48 lables; 2 AmazonBasic 5-shelf Shelving Unit; 1 Sandusky WS241430 Heavy Duty Steel Adjustable Wire Shelving, 24wx30hx14d - 3 shelves; 1 Whitmore Supreme Sink Shelf - Multiuse Organizer; 1 T-fal FR8000 Oil Filtration Ultimate EX Clean 3.5-liter Fry Basket Stainless Steel Immersion Deep Fryer; 1 Foodsaver V4440 2-n-1 vacuum sealer machine; 1 Cuisinart ICE-30BC Pure Indulgence 2-qt automatic frozen ice cream maker; 1 Kamenstein 5084920 Heritage 16-jar Revolving Countertop Spice Rack Organizer; 1 AmazonBasics Baker's Rack, Wood/Chrome; 1 Winsome Space Saver with 2 stools, square, Household: MISC: 1 Deep Commercial 4-drawer Letter Size Vertical File | $1,455.00 | $980.00 | | $980.00 | $510.00 |

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-50001 | | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|---|
| Case Name: | MCKENZIE, SUE A | | | Date Filed (f) or Converted (c): | 01/07/2020 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 02/07/2020 |
| | | | | Claims Bar Date: | 08/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4   Electronics: 1 ASUS Eee PC Seashell 10.1 Blue Netbook; 1 Sony FD Mavica Digital Camera and Casing; 1 Sony Handicam Recorder (bought used); 2 Weather Alert Monitors; 1 10a AUSUS Tablet ? TF701-B1-BUNDLE; 1 Apple iPod Classic ? 80gb 5th Generation; 1 Nikon COOLPIX S3600 20.1 MP digital Camera with 8x Zoom; 1 Kenwood 3-cd/MP3 Player (over 30 years old); 1 Logitech Laptop Speaker Z205; 1 Kindle Wireless Reading Device (old 6 Display); 1 Fulcrum 12 LED Magnifier Floor Lamp; 2 AmazonBasics Mid-Back Office Chair; 1 DYMO LabelManager Plug N Play Label Maker; 1 HP 17.3 FHD backlit TouchScreen Laptop(Refurbished); 1 Acer Iconia 10.1a Tablet | $250.00 | $250.00 | | $250.00 | $0.00 |
| 5   ITEMS TO KEEP:1 Lenovo 23-Inch All-in-One Touchscreen Desktop; 4 Desktop external hard drives (8T); 3 Desktop external hard drives (4T); 1 Canon MX870 All-in-One printer; 1 Verizon Note 8 Cell Phone; 1 iLuv MobiAir Bluetooth Stereo Speaker Dock with USB Charging; 1 Garmn nuvi 55LM GPS Navigator System | $190.00 | $0.00 | | $0.00 | FA |
| 6   Firearms: Ruger Security-Six .357 Magnum Revolver (bought at pawnshop over 30 years ago) | $150.00 | $0.00 | | $0.00 | FA |
| 7   Clothes: Assortment of women's wear (cloths, shoes & Purses) | $75.00 | $75.00 | | $75.00 | $0.00 |
| 8   Jewelry: 1 Women's gold wedding ring with 14 diamond chips with ingraved initials - Size 7-1/2 to 8; 1 Women's dinner ring with 12 sapphires (one sapphire missing) 5 diamond studs - Size 7-1/2 to 8; 1 set diamond stud pierced earrings; 1 diamond stud necklace; 1 pinky ring with one diamond chips; Small assortment of costume jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 9   Checking Account: Tyndall Federal Credit 17.1. Checking Union (Primary Account) -0013 | $131.93 | $132.00 | | $132.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-50001 | | | Trustee Name: | Karin A. Garvin |
| Case Name: | MCKENZIE, SUE A | | | Date Filed (f) or Converted (c): | 01/07/2020 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 02/07/2020 |
| | | | | Claims Bar Date: | 08/18/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Savings Account: Tyndall Federal Credit 17.2. Savings Union | $34.13 | $34.00 | | $34.00 | $0.00 |
| 11 | Savings Account: All In Federal Credit Union 17.3. Savings (formally Wiregrass FCU) | $5.02 | $5.00 | | $5.00 | $0.00 |
| 12 | Checking Account: Tyndall Federal Credit 17.4. Union (Secondary Account) 0022 | $14.19 | $14.00 | | $14.00 | $0.00 |
| 13 | Checking Account: All In Federal Credit 17.5. Checking Union (formerally known as Wiregrass FCU) | $10.00 | $10.00 | | $10.00 | $0.00 |
| 14 | Possible 2019 Tax Refund Federal | Unknown | $1,222.95 | | $1,222.95 | FA |
| 15 | Preference payments to Daughter | $9,175.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      Gross Value of Remaining Assets

$159,316.27      $2,722.95      $2,722.95      $510.00

**Major Activities affecting case closing:**

06/30/2021     receipt of $1500 lump sum; NOI $1222.95 lump sum tax refund projected closing 3/2022

| Initial Projected Date Of Final Report (TFR): | 07/15/2021 | Current Projected Date Of Final Report (TFR): | 10/15/2021 | /s/ KARIN A. GARVIN |
| | | | | KARIN A. GARVIN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 20-50001 | | Trustee Name: | Karin A. Garvin |
| --- | --- | --- | --- | --- |
| Case Name: | MCKENZIE, SUE A | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6108 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2020 | | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 06/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2020 | (14) | Sue McKenzie | 2019 tax refund | 1124-000 | $1,222.95 | | $1,222.95 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.03 | $1,220.92 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,219.08 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.96 | $1,217.12 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.96 | $1,215.16 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,213.39 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.95 | $1,211.44 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,209.43 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.82 | $1,207.61 |
| 06/30/2021 | | Sue McKenzie | Payment on PN | * | $1,500.00 | | $2,707.61 |
| | {3} | | $980.00 | 1129-000 | | | $2,707.61 |
| | {4} | | $250.00 | 1129-000 | | | $2,707.61 |
| | {7} | | $75.00 | 1129-000 | | | $2,707.61 |
| | {9} | | $132.00 | 1129-000 | | | $2,707.61 |
| | {10} | | $34.00 | 1129-000 | | | $2,707.61 |
| | {11} | | $5.00 | 1129-000 | | | $2,707.61 |
| | {12} | | $14.00 | 1129-000 | | | $2,707.61 |
| | {13} | | $10.00 | 1129-000 | | | $2,707.61 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.96 | $2,705.65 |

| | | | | SUBTOTALS | $2,722.95 | $17.30 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 20-50001 | | **Trustee Name:** | Karin A. Garvin |
| **Case Name:** | MCKENZIE, SUE A | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6108 | | **Checking Acct #:** | ******0101 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2020 | | **Blanket bond (per case limit):** | $10,870,000.00 |
| **For Period Ending:** | 06/30/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $2,722.95 | $17.30 | $2,705.65 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $2,722.95 | $17.30 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $2,722.95 | $17.30 | |

**For the period of 07/01/2020 to 06/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/26/2020 to 6/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $2,722.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,722.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |  | |
|---|---|---|---|
| **Case No.** | 20-50001 | **Trustee Name:** | Karin A. Garvin |
| **Case Name:** | MCKENZIE, SUE A | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6108 | **Checking Acct #:** | ******0101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2020 | **Blanket bond (per case limit):** | $10,870,000.00 |
| **For Period Ending:** | 06/30/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,722.95 | $17.30 | $2,705.65 |

**For the period of 07/01/2020 to 06/30/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/26/2020 to 6/30/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $2,722.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,722.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KARIN A. GARVIN

KARIN A. GARVIN