UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                      CASE NO: 20-50001-KKS
                                               CHAPTER 7

MCKENZIE, SUE A

       Debtor(s)
_____/

**NOTICE OF INTENTION TO
SELL PROPERTY OF THE ESTATE**

> NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARINGS
>
>      Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006 (f).
>      If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney and any other appropriate person (Chapter 7 Trustee, Karin A. Garvin, 1801 W. Garden Street, Pensacola, FL 32502) within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:    Debtors(s), Creditors, and Parties in Interest

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the Debtor(s) interest in the following property of the estate of the debtor(s), under the terms and conditions set forth below:

1. Description of property: Debtor's interest in household goods and furnishings $980; clothing $75; electronics $250; checking accounts $156; savings accounts $39 less the Debtor(s) allowed exemptions as set forth on Schedules B and C filed by the Debtor(s) and incorporated herein by reference.

2. Manner of Sale:   Private ( X )*          Public Auction (  )

3. Terms of Sale:   $1,500.00 in 3 payments of $500.00 per month beginning July 15, 2021 to the Debtor(s) Sue A McKenzie. All payments shall be made payable to Karin A Garvin, Trustee and mailed to 1801 W. Garden Street, Pensacola, FL 32502

4. Basis for value:   Schedules filed by the Debtor(s) under oath;

- (Applicable to private sales only.) The Trustee will entertain any higher bids for the

purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of **TWENTY (20) %** of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than twenty-one (21) days from the mailing of this notice. Should a higher bid be received and an objection timely filed, a telephone auction will be conducted between the competing parties.

      /s/ Karin A. Garvin_____
KARIN A. GARVIN, TRUSTEE
FL Bar No. 0106933
1801 W. Garden Street
Pensacola, Florida 32502
(850) 437-5577
(850) 437-5250 facsímile
trustee@kgarvinlaw.com