UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  
SUE A MCKENZIE

CASE NO. 20-50001-KKS

CHAPTER 7

Debtor

## ORDER APPROVING APPLICATION FOR COMPENSATION TO TRUSTEE (DOC #39)

**THIS CAUSE** came before this Court on the Application for Compensation to Trustee (Doc #39), and notice having been given to all creditors and no objections being filed, and the Court being fully advised in the premises, it is

APPROVED and ORDERED that Karin A. Garvin, be, and is hereby, awarded trustee's fees in the amount of $680.74 and expenses in the amount of $87.04 and the trustee is directed to pay such fees as an administrative expense.

DONE and ORDERED on _____November 19, 2021_____.

/s/ Karen K. Specie

KAREN K. SPECIE  
United States Bankruptcy Judge

Prepared by:  
Karin A. Garvin, Trustee

Trustee, Karin A Garvin, is directed to serve a copy of this order on interested parties and file a certificate of service with the Court within three (3) days of entry of the order.